UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:17-cv-21175-JAL

CINDY WRIGHT,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Cindy Wright, and Defendant, AETNA LIFE INSURANCE COMPANY, by and through their undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Dated this **5th** day of October, 2017.

| | |
|---|---|
| */s/ Cesar Gavidia* | */s/ Jonathan M. Fordin* |
| Cesar Gavidia, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No.: 015263 | Florida Bar No. 371637 |
| Gregory M. Dell, Esquire | SHUTTS & BOWEN LLP |
| Florida Bar No.: 299560 | 200 South Biscayne Blvd. |
| DELL AND SCHAEFER, CHARTERED | Suite 4100 |
| 2404 Hollywood Blvd. | Miami, FL 33131 |
| Hollywood, FL 33020 | Telephone: 305-347-7390 |
| Telephone: 954-620-8300 | Fax: 305-381-9982 |
| Fax: 954-922-6864 | jfordin@shutts.com |
| cesar@diattorney.com | *Counsel for Defendant* |
| gdell@diattorney.com | |
| *Counsel for Plaintiff* | |

MIADOCS 15395867 1 24018.0331